## Maud GILES et al. v. TEXAS EMPLOYERS' INSURANCE ASSOCIATION.

.No. 1465.

Court of Civil Appeals of Texas. Waco.

Dec. 14, 1933.

W. T. Thomason, of Wortham, for plaintiffs in error.

Lawther, Cox & Cramer, of Dallas, for defendant in error.

GALLAGHER, Chief Justice.

Plaintiff in error Mrs. Maud Giles, for herself and as next friend for her two minor children, instituted this suit in the district court against defendant in error, Texas Employers' Insurance Association, to set aside on equitable grounds a decree of dismissal entered herein at a former term, and, in addition thereto, to set aside an order of the Industrial Accident Board denying compensation for the death of J. W. Giles, husband and father, respectively, of plaintiffs in error, and to recover compensation for his death. The parties will be designated as in the trial court. Defendant presented a general demurrer to plaintiffs' petition, which was sustained by the court. Plaintiff asked leave to file an amended petition, which was refused, and judgment dismissing the present suit was entered.

Plaintiffs present an assignment of error in which they complain of the action of the court in refusing to permit them to file such amended petition. Defendant has filed herein a written confession of error in response to said assignment. The judgment of the trial court is therefore reversed, and the cause remanded for further proceedings.

## H. C. GLENN, Receiver of the Temple Trust Company, Appellant, v. Ed ROE et ux., Appellees.

No. 8074.

Court of Civil Appeals of Texas. Austin.

Dec. 13, 1933.

Jno. B. Daniel, of Temple, and Critz & Woodward, of Coleman, for appellant.

McCLENDON, Chief Justice.

This cause is companion to H. C. Glenn, Receiver, appellant, v. J. W. Green et al., appellees, 65 S.W.(2d) 386, decided November 22, 1933. The issues involved are identical, and the decision in that case is controlling here and requires the same disposition.

The order appealed from is set aside, and the proceeding is dismissed without prejudice.

## MOUNTAIN TOWNSITE COMPANY, Appellant, v. J. C. HALL et al., Appellees.

No. 9358.

Court of Civil Appeals of Texas. San Antonio.

Nov. 22, 1933.

Rehearing Denied Dec. 16, 1933.

E. S. J. Whitehead, of San Antonio, for appellant.

Terrell, Davis, Hall & Clemens and W. D. Masterson, Jr., all of San Antonio, for appellees.

MURRAY, Justice.

This is a petition for an injunction to restrain the sale of real estate under a power of sale contained in a deed of trust.

Appellant, Mountain Townsite Company, seeks this injunction upon two grounds, first, under the provisions contained in House Bill No. 231, Acts Regular Session, 43d Legislature (chapter 102 [Vernon's Ann. Civ. St. art. 2218b]); and, second, on the theory that there cannot be a foreclosure of real estate except in the district court.

The trial court refused the injunction.

These same questions were involved in Mountain Townsite Company v. L. B. Cooper et al. (Tex. Civ. App.) 63 S.W.(2d) 1050, and we there passed on same adversely to appellant.

The temporary injunction heretofore granted by this court will be dissolved, and the judgment of the trial court affirmed.